# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

AMANDA S.,

    Plaintiff,

vs.                                   Civ. No. 25-582 JCH/GBW

FRANK BISIGNANO,
*Commissioner of the Social
Security Administration*,

    Defendant

## ORDER ADOPTING THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed his Proposed Findings and Recommended Disposition ("PFRD") on March 20, 2026. Doc. 21. The PFRD notified the parties of their ability to file objections within fourteen days, and that failure to do so waived appellate review. *Id*. at 4. No objections were filed.

The Court has carefully reviewed the PFRD. The Court did not review the PFRD de novo, because the parties have not objected to it, but rather reviewed Chief Magistrate Judge Wormuth's PFRD to determine if it is clearly erroneous, arbitrary, obviously contrary to law, or an abuse of discretion. The Court determines that it is not. Accordingly, the Court will adopt the recommendations.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 21) are ADOPTED;

2. By separate order, the Court will DISMISS Plaintiff's Complaint (Doc. 1) WITHOUT PREJUDICE.

_____
SENIOR UNITED STATES DISTRICT JUDGE